JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RELATOR LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>DAN ADAMS, an individual, SCOTT SIMONICH, an individual, THE CAPTAL CORPORATION, a South Carolina corporation, COMMERCE HOME MORTGAGE LLC, a California limited liability company; CHANGE LENDING, LLC, dba Change Home Mortgage, a California limited liability company, and DOES 1-10,<br><br>Defendants. | No. CV 23-00495-KK (PDx)<br><br>**ORDER DISMISSING CASE**<br><br>**[NOTE CHANGES BY COURT]** |

1   Relator LLC having filed a Notice of Voluntary Dismissal, Dkt. 61, the United
2   States having filed its Notice of Consent to Dismissal, Dkt. 63, pursuant to the False
3   Claims Act, 31 U.S.C. § 3730(b)(1), and finding the proposal dismissal to be in the
4   interest of justice, the Court rules as follows:

IT IS ORDERED that this action is dismissed with prejudice as to Relator LLC and without prejudice as to the United States.

IT IS SO ORDERED. (JS-6)

Dated: December 16, 2025

_____
UNITED STATES DISTRICT JUDGE